# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| Nelson Gomes, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Case No. 14-0283-CV-W-JTM |
| American Century Companies, Inc., et al., | ) | |
| Defendants. | ) | |

## ORDER

With the consent of the Honorable Ortrie D. Smith, and pursuant to Western District of Missouri Local Rule 83.9, it is

**ORDERED** that the Clerk of the Court shall reassign this matter to Judge Smith for all further proceedings.

                                                  */s/ John T. Maughmer*
                                                      John T. Maughmer
                                             United States Magistrate Judge