IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| NELSON GOMES, individually, derivatively and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:14-00283-ODS |
| AMERICAN CENTURY COMPANIES, INC.; AMERICAN CENTURY INVESTMENT MANAGEMENT, INC.; JAMES E. STOWERS, JR.; JAMES E. STOWERS, III; JONATHAN S. THOMAS; THOMAS A. BROWN; ANDREA C. HALL; DONALD H. PRATT; GALE E. SAYERS; M. JEANNINE STRANDJORD; TIMOTHY S. WEBSTER; WILLIAM M. LYONS; ENRIQUE CHAN; MARK KOPINSKI; AND BRIAN BRADY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| AMERICAN CENTURY WORLD MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY INTERNATIONAL DISCOVERY FUND, | ) ) ) ) ) | |
| Nominal Defendant. | ) | |

**MOTION TO STAY ALL PROCEEDINGS PENDING
COMMITTEE'S INVESTIGATION AND BOARD'S
DETERMINATION REGARDING PLAINTIFF'S DEMAND**

Nominal defendant American Century World Mutual Funds, Inc. ("ACWMF") and defendants American Century Companies, Inc. ("ACC"), American Century Investment Management, Inc. ("ACIM"), current and former directors of ACWMF or ACIM, and current and former executives and employees of ACIM (collectively, "Defendants"), by and through the undersigned counsel, respectfully move this Court for an order staying all proceedings in this action until a mid-September 2014 status conference.

1

In support of this Motion, Defendants state as follows: (1) ACWMF's board of directors (the "Board") has formed a committee ("Committee") to investigate plaintiff Nelson Gomes's ("Plaintiff") litigation demand; (2) the law provides that all claims asserted in Plaintiff's derivative complaint belong to the American Century International Discovery Fund (the "Fund"); (3) as such, the law is clear that this Court should stay all proceedings until the Committee and the Board have made their respective determinations and have responded to Plaintiff's demand; and (4) this Court should thus issue an order staying all proceedings in this action until a mid-September 2014 status conference, at which time this Court will be able to assess the progress of the Committee's investigation.

Suggestions in Support of this Motion are filed herewith and are incorporated by reference here.

Dated: May 19, 2014

Respectfully submitted,

BRYAN CAVE LLP

By: /s/ W. Perry Brandt
W. Perry Brandt    MO Bar. #28292
1200 Main Street, Suite 3500
Kansas City, MO 64105
(816) 374-3200
(816) 374-3300 (Fax)
perry.brandt@bryancave.com

And

Gordon C. Atkinson (*pro hac vice* application forthcoming)
Benjamin H. Kleine (*pro hac vice* application forthcoming)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Attorneys for defendants American Century Companies, Inc., American Century Global Investment Management, Inc., James E. Stowers, Jr., James E. Stowers, III, Jonathan S. Thomas,

2

William M. Lyons, Enrique Chang, Mark Kopinski, and Brian Brady

And

BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP

By: /s/ Kurt D. Williams
Kurt D. Williams    MO Bar # 36957
Nick J. Kurt    MO Bar # 52216
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: 816-627-0215
Facsimile: 816-561-1888
Email: kwilliams@berkowitzoliver.com

And

Steuart H. Thomsen (*pro hac vice* application forthcoming)
SUTHERLAND ASBILL & BRENNAN LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Telephone: 202-383-0166
Facsimile: 202-637-3593
Email: steuart.thomsen@sutherland.com

Attorneys for Defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, Timothy S. Webster, and Nominal Defendant American Century World Mutual Funds, Inc., doing business as American Century International Discovery Fund

107110122

3