| | |
|---|---|
| NELSON GOMES, individually, derivatively and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>      - against -<br><br>AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JAMES E. STOWERS, III, JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE E. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, ENRIQUE CHAN, MARK KOPINSKI, and BRIAN BRADY,<br><br>        Defendants,<br><br>      - and -<br><br>AMERICAN CENTURY WORLD MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY INTERNATIONAL DISCOVERY FUND,<br><br>        Nominal Defendant. | Case No. 4:14-cv-00283-ODS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

  IT IS HEREBY STIPULATED by and among all parties that, effective upon the entry of an order of this Court approving this stipulation, this action shall be dismissed with prejudice as to all defendants and all claims pursuant to Fed. R. Civ. P. 23.1 and Fed. R. Civ. P. 41(a)(1)(A), with all parties to bear their own costs, and the Clerk shall enter judgment accordingly.

  Following the entry of an order of this Court approving this stipulation, (i) ACIM will file a copy of the Stipulation and Order of Dismissal with the SEC on the SEC's publicly-available website via the EDGAR filing system; and (ii) ACIM will provide a summary of the settlement on its publicly-available website.

Dated: October 13, 2015

/s/ Thomas I. Sheridan, III

SIMMONS HANLY CONROY, LLC
112 Madison Avenue
New York, NY 10016-7416
(212) 784-6404
tsheridan@hanlyconroy.com

*Attorneys for Plaintiff*

/s/ Kurt D. Williams
Kurt D. Williams (MO Bar No. 36957)
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
(816) 627-0215
(816) 561-1888 (fax)
kwilliams@berkowitzoliver.com

-and-

Steuart H. Thomsen (*pro hac vice* forthcoming)
SUTHERLAND ASBILL & BRENNAN LLP
700 Sixth Street, N.W., Suite 700
Washington, DC 20001-3980
(202) 383-0166
(202) 637-3593 (fax)
steuart.thomsen@sutherland.com

*Attorneys for Defendants Thomas A. Brown; Andrea C. Hall; Donald H. Pratt; Gale E. Sayers; M. Jeannine Strandjord; and Timothy S. Webster; and Nominal Defendant American Century World Mutual Funds, Inc., doing business as American Century International Discovery Fund*

/s/ W. Perry Brandt
W. Perry Brandt (MO Bar No. 28292)
BRYAN CAVE LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105
(816) 374-3200
(816) 374-3300 (fax)
perry.brandt@bryancave.com

-and-

COOLEY LLP

By: /s/ Gordon C. Atkinson
Gordon C. Atkinson (*pro hac vice* forthcoming)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
(415) 693-2000
(415) 693-2222 (fax)
gatkinson@cooley.com

*Attorney for Defendants American Century Companies, Inc., American Century Investment Management, Inc.; James E. Stowers, Jr.; James E. Stowers, III; Jonathan S. Thomas; William M. Lyons; Enrique Chang; Mark Kopinski; Brian Brady*

SO ORDERED:

_____
　　　The Hon. Ortrie D. Smith